IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

E. MISHAN & SONS, Inc.,         )
                                 )       C. A. No.: _____
Plaintiff,         )
                                 )      **JURY TRIAL DEMANDED**
v.         )
                                 )
BALDR INTERNATIONAL LLC,   )
                                 )
Defendant.        )

## COMPLAINT

Plaintiff E. Mishan & Sons, Inc. ("Plaintiff" or "Emson"), for its Complaint against Defendant Baldr International LLC ("Defendant" or "Baldr") alleges as follows:

### Nature of the Action

1.     This is an action for infringement of United States Patent No. 11,732,826 (the "'826 Patent") arising under the patent laws of the United States, 35 U.S.C. § 1 *et. seq.*

2.     Emson seeks injunctive relief and monetary damages arising from Baldr's unauthorized manufacture, use, sale, offering for sale, and/or importation of products that infringe the '826 Patent.

### The Parties

3.     Emson is a New York corporation with a place of business at 230 Fifth Avenue, New York, New York 10001.

4.      Upon information and belief, Baldr is a limited liability company organized under the laws of the State of Delaware with a place of business at 16192 Coastal Highway, Lewes, DE 19958.  Baldr's name and address appears on the back of the packaging of the infringing product.



**Jurisdiction and Venue**

5.      The Court has federal question jurisdiction because this action arises under the Patent Laws of the United States, 35 U.S.C. §§ 1 et seq. The Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and/or 1338(a).

6.      The Court also has personal jurisdiction over Baldr because Baldr resides in this district, and on information and belief, transacts business in Delaware, has committed tortious acts within this district and without this district having injurious consequences within this district, and Baldr is otherwise within the jurisdiction of the Court.

7.      Venue is proper in this district pursuant to 28 U.S.C. §§ 1391 and/or 1400(b) because Baldr resides in this District and has committed acts of infringement within this District.

**Factual Background**

A.      Emson

8.      Emson markets, sells and advertises consumer products in this Judicial District and elsewhere through multiple trade channels including, direct response advertising, Internet websites, TV shopping channels, and via online retailers.

9.      Emson currently markets and sells an extensive range of consumer household products, including garden hoses sold under the trademark "HYDROSTEEL®."

10.      Emson sells HYDROSTEEL® hoses on *amazon.com*, among other trade channels including national retail stores and other e-commerce sites.

B.      Emson's Patent

11.      United States Patent No. 11,732,826 (the "'826 Patent") entitled "Garden Hose With Metal Sheath and Fabric Cover" duly and legally issued on August 22, 2023. A true and correct copy of the '826 patent is attached as Exhibit A.

12.      Emson is the owner by assignment of all right, title, and interest in the '826 Patent.

13.      The '826 Patent relates to novel and inventive features of a garden hose product.

14.      Claim 1 of the '826 Patent reads as follows:

A garden hose comprising:

a polymer inner tube for conveying water at domestic water pressure from a first coupler disposed at a first end of the inner tube to a second coupler disposed at a second end of the inner tube, the inner tube being waterproof and flexible;

the first coupler adapted to threadedly connect to a conventional water faucet and the second coupler adapted to threadedly connect to a conventional garden appliance;

a metal sheath disposed over the inner tube and extending from the first coupler to the second coupler, the flexible metal sheath having a first shoulder near the first coupler and a second shoulder near the second coupler, the metal sheath being flexible;

a fabric sheath disposed over the metal sheath and fixed to the metal sheath by a

first constricting band disposed at the first shoulder and a second constricting band

disposed at the second shoulder.

B.    Baldr's Acts of Infringement

15.    Upon information and belief, Baldr manufactures, imports, offers for sale and sells

garden hoses under the name RainPoint Metal Garden Hose (the "RainPoint Hose") throughout

the United States and in this judicial district on at least *amazon.com* (RainPoint-WT) and its own

website, *rainpointwifiwatertimer.com*. True and accurate copies of web pages downloaded from

the websites on which Baldr's hoses are offered for sale are attached as Exhibit B.

16.    Baldr has marketed, advertised, sold and distributed the RainPoint Hose in

interstate commerce in competition with Emson's HYDROSTEEL hose, and continues to do so.

The following images are true and correct copies from defendant's packaging for the infringing

product, defendant's website, and defendant's amazon sales page, respectively.



17.    Baldr's acts of infringement have been deliberate and without authorization or

license from Emson.

18.    The RainPoint Hose embodies one or more claims of the '826 Patent and infringes at least claim 1 of the '826 Patent, either literally or under the doctrine of equivalents.

19.    The RainPoint Hose is a garden hose comprising: an inner flexible and waterproof PVC tube for conveying water from a first coupler at a first end of the hose to a second coupler at a second end of the hose, the first and second couplers threadedly connect to a conventional water faucet and conventional garden appliance, respectively; a flexible metal sheath over the inner tube having first and second shoulders near the first and second couplers, respectively; and a fabric sheath over the metal sheath, fixed to the metal sheath by first and second constricting bands disposed at the first and second shoulders of the metal sheath. True and accurate photographs of the RainPoint Hose with the claimed elements labelled are shown below.



(constricting bands removed and fabric sheath cut back in photo on the right).

20.    Emson has been damaged as a result of Defendant's infringing activities and will continue to suffer irreparable harm unless those activities are enjoined by this Court.

**Count I**

**Infringement of U.S. Patent No. 11,732,826**

21.    The allegations of each of the foregoing paragraphs are incorporated by reference as if fully set forth herein.

22.    Defendant has infringed and continues to infringe one or more claims of the '826 patent in violation of 35 U.S.C. § 271.

23.    Emson is entitled to recover damages adequate to compensate it for such infringement in an amount to be determined at trial, but in no event less than a reasonable royalty pursuant to 35 U.S.C. § 284.

24.    Emson is further entitled to injunctive relief under 35 U.S.C. § 283.

**REQUEST FOR RELIEF**

WHEREFORE, Emson respectfully requests that this Court enter judgment in its favor and against Defendant Baldr, granting the following relief:

A.    A judgment that Baldr's RainPoint Metal Garden Hose infringes one or more claims of the '826 Patent;

B.    A permanent injunction enjoining Baldr, its affiliates, partners, officers, directors, agents, employees, attorneys, representatives, successors, assigns, and all persons, firms, or corporations in active concert, privity, or participation with any of them, from infringing the '826 Patent.

C.    An award of damages adequate to compensate Emson for Defendant's infringement, including lost profits and/or a reasonable royalty, but in no event less than a reasonable royalty, together with pre- and post-judgment interest and costs of this action; and

D.    Such other and further relief as this Court may deem just and proper.

**<u>DEMAND FOR JURY TRIAL</u>**

Plaintiff demands a trial by jury on all issues so triable.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Melanie K. Sharp*

Melanie K. Sharp (No. 2501)
Robert Vrana (No. 5666)
Gianna C. Penezic (No. 7442)
1000 North King Street
Wilmington, DE  19801
(302) 571-6600
msharp@ycst.com
rvrana@ycst.com
gpenezic@ycst.com

NOTARO, MICHALOS & ZACCARIA P.C.
Alan Federbush*
John Zaccaria*
100 Dutch Hill Road, Suite 240
Orangeburg, NY  10962-2107
(845) 359-7700

*\*Pro hac vice* admission to be filed

Dated:  June 2, 2025        *Attorneys for E. Mishan & Sons, Inc.*