IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| E. MISHAN & SONS, INC., ) | |
| ) | C. A. No.: 25-680-RGA |
| Plaintiff, ) | |
| ) | **JURY TRIAL DEMANDED** |
| v. ) | |
| ) | |
| BALDR INTERNATIONAL LLC, ) | |
| ) | |
| Defendant. ) | |

### DECLARATION OF ALAN FEDERBUSH

I, Alan Federbush, declare as follows:

1. I am an attorney at the firm Notaro, Michalos & Zaccaria P.C., counsel for Plaintiff E. Mishan & Sons, Inc. ("Emson") in this action.

2. The matters set forth herein are based on my own personal knowledge. If called upon, I could and would testify to the following matters.

3. In conjunction with counsel, Emson discovered that Baldr International LLC ("Baldr") has been selling and advertising RainPoint Metal Garden Hoses (the "Accused Product") on *amazon.com* and *rainpointwifiwatertimer.com*. The Accused Products are unauthorized garden hoses that infringe Emson's U.S. Patent No. 11,732,826 ("the Asserted Patent").

4. Upon various visits to these websites, I determined that Baldr sells the Accused Product in 3 foot, 5 foot, 25 foot, 50 foot, 75 foot and 100 foot hose lengths.

5. Baldr offers an extensive line of additional products on *amazon.com* and *rainpointwifiwatertimer.com* other than the Accused Products. For example, Baldr offers soil moisture meters, flow meters, water timers, irrigation controllers, soaker garden hoses and traditional rubber garden hoses, hose nozzles and splitters, and seed kits.

6. On April 24, 2025, I instructed an assistant at my firm to place an order from *amazon.com* for one sample of each of the six hose lengths. All six hoses were received on or about April 28, 2025.

7. On or about May 15, 2025, I instructed a private investigator to purchase another set of the Accused Product hoses (all six sizes). All six hoses were forwarded to my law firm on or about May 30, 2025 and July 25, 2025.

8. I personally inspected all twelve RainPoint hoses and determined that they infringe the Asserted Patent.

9. As of the date of filing this declaration, the Accused Products are still listed for sale on *amazon.com* and *rainpointwifiwatertimer.com* for at least the 25, 50, 75 and 100 foot lengths.

10. For the hoses purchased by my firm and the investigator, we paid $19.99, $23.99, $49.99, $59.99, $79.99 and $89.99 for the 3, 5, 25, 50, 75 and 100 foot hose lengths, respectively.

11. The 25, 50, 75 and 100 foot hoses currently sell for $49.99, $59.99, $79.99 and $89.99, respectively, on *amazon.com*, and all are listed for $53.99 on *rainpointwifiwatertimer.com*.

12. I checked the docket for this action on the date of filing this declaration and as of that time, no attorney has made an appearance for Baldr. Nor has any attorney contacted me or any member of my firm on behalf of Baldr since the Complaint in this action was filed.

13. The Clerk of Court entered Baldr's default on July 21, 2025 (D.I. 12).

14. According to the docket in this action as of the date of this filing, Baldr has not filed a motion to set aside the default.

15. After the entry of default, I contacted Amazon and requested Amazon implement an Amazon Patent Evaluation Express ("APEX") proceeding against the ASINs under which Baldr

sells the Accused Products on *amazon.com*. Amazon declined to initiate an APEX proceeding. Accordingly, Baldr's products remain actively for sale on *amazon.com.*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed: September 2, 2025

Orangeburg, New York

*[signature]*
Alan Federbush